UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TAYMEL JACKSON,**

    **Plaintiff,**

**v.**                                                     Case No: 8:22-cv-989-MSS-AAS

**SCOTTSDALE INSURANCE COMPANY,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 21) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

The Parties' stipulation also contains a request that the Court retain jurisdiction to enforce the terms of the Parties' settlement agreement. The Court declines the Parties' specific request to retain jurisdiction. To the extent that court intervention is necessary to resolve any dispute concerning their settlement agreement after the case is finally resolved, an independent basis for jurisdiction would have to be established in order for such dispute to be resolved in this Court. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 378 (1994) ("Enforcement of the settlement agreement, however, whether through award of damages or decree of specific performance, is

more than just a continuation or renewal of the dismissed suit, and hence requires its own basis for jurisdiction."). This case shall remain **CLOSED**.

    **DONE and ORDERED** in Tampa, Florida this 10th day of February 2023.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record
Any Unrepresented Party